UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE SANTOS JR., an Individual and GEMMA SANTOS, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK N.A., a Delaware Corporation; AURORA LOAN SERVICES, LLC, a Delaware Corporation; GREENPOINT MORTGAGE FUNDING, INC., a New York Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CIV-F-09-0916 AWI DLB<br><br>ORDER VACATING HEARING DATE OF AUGUST 3, 2009 AND TAKING MATTER UNDER SUBMISSION |

    Defendants have made a motion for to dismiss.  Plaintiffs have filed an opposition and Defendants have filed a reply.  The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 3, 2009, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   July 30, 2009                      /s/ Anthony W. Ishii
                                              CHIEF UNITED STATES DISTRICT JUDGE