UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE SANTOS JR., an Individual and GEMMA SANTOS, an Individual,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. BANK N.A., a Delaware Corporation; AURORA LOAN SERVICES, LLC, a Delaware Corporation; GREENPOINT MORTGAGE FUNDING, INC., a New York Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | CIV-F-09-0916 AWI DLB<br><br>ORDER VACATING HEARING DATE OF DECEMBER 7, 2009 AND TAKING MATTER UNDER SUBMISSION |

　　　Defendant Greenpoint Mortgage Funding, Inc. has a motion to dismiss for failure to state a claim.  Separately, Defendant Aurora Loan Services, LLC has made a motion to dismiss for failure to state a claim and seeks to have a lis pendens removed.  Plaintiffs have filed no opposition.  The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 78-230(h).

　　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 7, 200, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated: 　December 3, 2009　　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE